In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00084-CR
_____

SHANE HOYT BRADSHAW, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CR32205

MEMORANDUM OPINION

Pursuant to a plea bargain agreement, appellant Shane Hoyt Bradshaw pleaded guilty to assault involving family violence. The trial court found Bradshaw guilty and assessed punishment at two years of confinement, then suspended imposition of sentence, placed Bradshaw on community supervision for two years, and assessed a $750 fine. Subsequently, the State filed a motion to revoke Bradshaw's community supervision. Bradshaw pleaded "not true" to the seven alleged violations of the terms of the community supervision order. After conducting

1

an evidentiary hearing, the trial court found that Bradshaw violated the terms of the community supervision order, revoked Bradshaw's community supervision, and imposed a sentence of two years of confinement.

Bradshaw's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). On May 24, 2018, we granted an extension of time for Bradshaw to file a *pro se* brief. We received no response from Bradshaw.

We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support an appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

_____
STEVE McKEITHEN
Chief Justice

---

[1]Bradshaw may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on September 6, 2018
Opinion Delivered September 19, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.